## Marjorie Kesich, Appellee, v. Michael Kesich, Appellant.

### Gen. No. 10,096.

opinion filed July 23, 1947; released for publication August 11, 1947. Pence B. Orr, for appellant; Francis J. Loughran, for appellee; John D. Lynch, of counsel. Opinion by JUSTICE DOVE. Not to be published in full.